IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CONNECTICUT, NEW JERSEY, and WASHINGTON, and COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA,<br><br>              Plaintiffs,<br><br>vs.<br><br>UNTIED STATES DEPARTMENT OF JUSTICE; and JEFFERSON B. SESSIONS, III, In his official capacity as Attorney General of The United States,<br><br>              Defendants,<br><br>NEXUS SERVICES INC., and LIBRE BY NEXUS, INC.,<br><br>              Proposed Plaintiff Interveners, | Civ. No.: 1: 18-cv-06471 (ER)<br><br>**NOTICE OF MOTION TO APPEAR *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Michael J. Burke, Esq., a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission, *pro hac vice,* of:

Anthony F. Troy, Esq.
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street Suite 1300
Richmond, Virginia 23219
(804) 788-7751

Anthony F. Troy is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia State Bar | June 6, 1966 |

District of Columbia Bar                                           August 3, 1972

    There are no pending disciplinary proceedings against Anthony F. Troy, Esq. in any State or Federal Court.

                                      Respectfully submitted,

Dated: White Plains, NY          ECKERT SEAMANS CHERIN &
        August 14, 2018            MELLOTT, LLC,

                                      *s/ Michael J. Burke*
                                      Michael J. Burke, Esq.
                                      10 Bank Street, Suite 700
                                      White Plains, NY 10606
                                      Telephone: (914) 286-6430
                                      Facsimile: (914) 286-5424
                                      mburke@eckertseamans.com