

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 1300
White Plains, New York 10606

TEL: 914-949-2909
FAX: 914-949-5424

Michael J. Burke, Esq.
Direct Dial 914-286-6441
mburke@eckertseamans.com

August 17, 2018

**VIA CM/ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:   New York, et al. v. U.S. Department of Justice, et al., 17-cv-6471 (ER) (SDA)
      Request for Telephonic Appearance in August 21, 2018 Pre-Motion Conference
      regarding Proposed Motion for Intervention (ECF No. 40)

Dear Judge Ramos:

The Court's notice of pre-motion conference directs the counsel for all parties in this matter appear on August 21, 2018 (ECF No. 40) before your Honor. Nexus will appear in person by Michael J. Burke, Esq. and Mary Donne Peters, Esq. I write to request that Anthony F. Troy, Esq., of this firm's Virginia office, be allowed to participate telephonically. Mr. Troy's motion to be admitted Pro Hac Vice is currently pending.

If the Court permits counsel for Co-Plaintiffs Connecticut, New Jersey, Rhode Island, Washington, Massachusetts, and Virginia to appear telephonically, we request that the Court set up a conference call line for the August 21st hearing, and to provide call-in instructions to those appearing by telephone.

Respectfully submitted,

**/s/Michael J. Burke**
*Michael J. Burke*
Eckert Seaman Cherin Mellott, LLC
10 Bank Street, Suite 700
White Plains, New York 10606
mburke@eckertseamans.com
(914) 286-6441
Counsel for Proposed Intervenors
Nexus Services Inc. and Libre By Nexus, Inc.

{V0520344.1}