# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CONNECTICUT, NEW JERSEY, RHODE ISLAND and WASHINGTON, and COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE; and JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States, <br><br> *Defendants*. | No. 18-cv-6471 (ER) |
| CITY OF NEW YORK, <br><br> *Plaintiff*, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States of America, and the UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendants*. | No. 18-cv-6474 (ER) <br><br> NOTICE OF MOTION |

PLEASE TAKE NOTICE that non-parties, Members of Congress, by the accompanying motion, request (under Federal Rule of Civil Procedure 7(b)(1)) leave to file the accompanying BRIEF OF MEMBERS OF CONGRESS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS. The relief requested is an order granting leave for the brief to be filed. Plaintiffs have consented to the filing of the brief.  Defendants did not respond to the request for consent.

Dated:  August 24, 2018

/s/ David H. Gans
David H. Gans

Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
(202) 296-6889
david@theusconstitution.org

*Counsel for Amici Members of Congress*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2018, the foregoing document was filed with the Clerk

of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: August 24, 2018

*/s/ David H. Gans*
David H. Gans
