

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

---

August 28, 2018

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *State of New York, et al. v. U.S. Dep't of Justice*, 18-cv-6471 (ER)
              *City of New York v. Jefferson B. Sessions III, et al.*, 18-cv-6474 (ER)

Dear Judge Ramos:

     On behalf of the federal defendants (the "Government") in the above-captioned actions, we write to respond to the August 24, 2018, motion seeking leave to file a proposed amicus brief (ECF No. 78 in Case No. 18-cv-06471) and yesterday's direction by the Court for a response thereto (ECF No. 79 in Case No. 18-cv-06471).

     The Government has no objection to the filing of the proposed amicus brief (ECF No. 78 in Case No. 18-cv-06471) in either of the above-captioned cases. We thank the Court for its consideration of this submission.

                                                  Respectfully submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

                                                  BRETT A. SHUMATE
                                                  Deputy Assistant Attorney General

                                                  JOHN R. TYLER
                                                  Assistant Director

                                                   /s/ *Daniel D. Mauler*
                                                  DANIEL D. MAULER
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  950 Pennsylvania Ave, NW, Rm. No. 6141
                                                  Washington, DC  20530
                                                  (202) 616-0773
                                                  (202) 616-8470 (fax)
                                                  dan.mauler@usdoj.gov
                                                  *Counsel for the Defendants*

cc:      All counsel of record (by ECF)