

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD                                                                                           DIVISION OF SOCIAL JUSTICE
**ATTORNEY GENERAL**                                                                                                   CIVIL RIGHTS BUREAU

August 28, 2018

**VIA ECF**

Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

>   Re:   *State of New York v. U.S. Dep't of Justice*, No. 18-cv-6471
>           *City of New York v. Sessions*, No. 18-cv-6474

Dear Judge Ramos:

I write on behalf of all parties in the above-referenced matters. On August 14, 2018, the Court set a briefing schedule for Plaintiffs to file a joint motion for partial summary judgment and Defendants' to file a cross motion to dismiss or, in the alternative, for summary judgment. In accordance with that schedule, Plaintiffs filed their motion on August 17, and Defendants are scheduled to file their opposition and cross motion on September 14, 2018.

Over the past week, several groups have expressed interest in filing amicus briefs in support of Plaintiffs' motion, including one group that filed a proposed amicus brief on August 24 (ECF No. 78).[1] The parties believe that setting a date for the filing of amicus briefs would help maintain an orderly briefing schedule, and respectfully propose that if the Court is willing to accept amicus briefs, the briefing schedule be amended to provide that amicus briefs in support of Plaintiffs be filed by August 31, 2018, and amicus briefs in support of Defendants be filed by September 24, 2018. The parties also respectfully propose that the Court permit prospective amici to file their briefs either upon motion for leave of the Court or upon consent of all parties. *Cf*. Fed. R. App. Proc. 29(a)(2).

Respectfully submitted,

---

[1] As expressly stated in a previous filing in this case, the Defendants do not object to the filing of the proposed amicus brief contained in ECF No. 78.

/s/ Jessica Attie
Jessica Attie
Special Counsel
Civil Rights Bureau
New York State Office of the Attorney General
Jessica.Attie@ag.ny.gov
Phone: (212) 416-6438

*Counsel for the State Plaintiffs*