## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  10/22/2018

STATES OF NEW YORK, CONNECTICUT, NEW JERSEY, RHODE ISLAND and WASHINGTON, and COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA,

                    Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF JUSTICE; and JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,

                    Defendants.

CIVIL ACTION NO. 1:18-cv-06471
(Judge Ramos)

**STIPULATION**

Plaintiffs the States of New York, Connecticut, New Jersey, Rhode Island, and Washington, and the Commonwealths of Massachusetts and Virginia ("Plaintiff States"), and Defendants United States Department of Justice and Jefferson B. Sessions III ("Defendants"), do HEREBY STIPULATE AND AGREE as follows:

1. This stipulation shall remain in effect for a period of 60 days from the date hereof, i.e., until December 19, 2018. On December 19, 2018, and every 30 days thereafter, this stipulation shall automatically be extended for a 30-day period (the "extension term"), except in the case that Defendants give notice to Plaintiff States 14 days in advance of the

1

end of an extension term that Defendants do not agree to renew the stipulation for the next extension term, thus ending the stipulation at the end of the then-operational extension term;

2. For the duration of this stipulation, Defendants shall not disburse, expend, or revert to the Treasury the Fiscal Year ("FY") 2018 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") funds allocated to Plaintiff States;

3. For the duration of this stipulation, Defendants shall not deny Plaintiff States their respective FY 2018 Byrne JAG awards (in keeping with their respective FY 2018 Byrne JAG formula allocations) on the basis of failure to accept the FY 2018 Byrne JAG award within 45 days of receiving the award documents;

4. If this stipulation is in effect at the time a resolution of this matter on the merits is reached, Defendants shall not deny Plaintiff States their respective FY 2018 Byrne JAG awards for failure to accept the award within the deadline to accept without first advising them in writing of a new period (of not less than 45 days) within which to accept and allowing that period to expire.  If after a determination on the merits, Plaintiff States remain eligible for an FY 2018 Byrne JAG award and the Court's order does not require alteration of the award documents, Defendants will issue a new deadline within 7 days;

5. This stipulation is independent of, and does not alter, amend, or replace, the Stipulation and Order previously entered and agreed between the Defendants and the Plaintiff States (ECF No. 29); and

6. This stipulation applies only to the parties that are currently before the Court in this litigation. No party that is not currently named as a party to this litigation shall be entitled to any rights or benefits whatsoever under this stipulation.

IT IS STIPULATED AND AGREED.

DATED: October 19, 2018

By: */s/ Lourdes M. Rosado*  
Lourdes M. Rosado, Bureau Chief  
Civil Rights Bureau  
New York State Office of the Attorney  
    General  
28 Liberty St., 20th Floor  
New York, NY 10005  
212-416-8252  
Lourdes.Rosado@ag.ny.gov

*Counsel for Plaintiffs*

JOSEPH H. HUNT  
Assistant Attorney General

CHAD A. READLER  
Principal Deputy Assistant Attorney General  
BRETT A. SHUMATE  
Deputy Assistant Attorney General

JOHN R. TYLER  
Assistant Director

By: /s/ *Daniel D. Mauler*  
DANIEL D. MAULER  
Virginia State Bar No. 73190  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, DC 20005  
(202) 616-0773  
(202) 616-8470 (fax)  
dan.mauler@usdoj.gov

*Counsel for Defendants*

SO ORDERED.

_____  
Edgardo Ramos, U.S.D.J  
Dated: 10/22/2018  
New York, New York