

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

---

October 31, 2018

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *State of New York, et al. v. U.S. Dep't of Justice*, 18-cv-6471 (ER)
             *City of New York v. Jefferson B. Sessions III, et al.*, 18-cv-6474 (ER)

Dear Judge Ramos:

      On behalf of the Federal defendants (the "Government") in the above-referenced actions, and after consultation with plaintiffs' counsel (who advise that they have no objection to this letter), I write to follow up on the parties' joint letter dated October 24, 2018 (ECF No. 106 in 18-cv-6471), regarding availability for oral argument, if the Court so chooses. The Government is now unavailable on November 14, 2018. The Government remains available on the following dates: November 16, 28, and 30. The Government will, of course, endeavor to make itself available on any other date the Court deems appropriate.

      I thank the Court for its consideration of this submission.

                              Respectfully submitted,

                              JOSEPH H. HUNT
                              Assistant Attorney General

                              CHAD A. READLER
                              Principal Deputy Assistant Attorney General

                              BRETT A. SHUMATE
                              Deputy Assistant Attorney General

                              JOHN R. TYLER
                              Assistant Director

                              /s/ *Daniel D. Mauler*
                              DANIEL D. MAULER
                              Trial Attorney
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              1100 L Street, NW
                              Washington, DC 20005
                              (202) 616-0773

The Honorable Edgardo Ramos
October 31, 2018
Page 2

                              (202) 616-8470 (fax)
                              dan.mauler@usdoj.gov
                              *Counsel for the Defendants*

cc:     All counsel of record (by ECF)