

U.S. Department of Justice

Civil Division
Federal Programs Branch

October 31, 2018

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  11/1/2018
```

      Re:    *State of New York, et al. v. U.S. Dep't of Justice*, 18-cv-6471 (ER)
              *City of New York v. Jefferson B. Sessions III, et al.*, 18-cv-6474 (ER)

Dear Judge Ramos:

      On behalf of the Federal defendants (the "Government") in the above-referenced actions, and after consultation with plaintiffs' counsel (who advise that they have no objection to this letter), I write to follow up on the parties' joint letter dated October 24, 2018 (ECF No. 106 in 18-cv-6471), regarding availability for oral argument, if the Court so chooses. The Government is now unavailable on November 14, 2018. The Government remains available on the following dates: November 16, 28, and 30. The Government will, of course, endeavor to make itself available on any other date the Court deems appropriate.

      I thank the Court for its consideration of this submission.

                                          Respectfully submitted,

                                          JOSEPH H. HUNT
                                          Assistant Attorney General

                                          CHAD A. READLER
                                          Principal Deputy Assistant Attorney General

                                          BRETT A. SHUMATE
                                          Deputy Assistant Attorney General

                                          JOHN R. TYLER
                                          Assistant Director

                                          /s/ *Daniel D. Mauler*
                                          DANIEL D. MAULER
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, NW
                                          Washington, DC 20005
                                          (202) 616-0773

---

Oral Argument will be held on November 16, 2018, at 2:30 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  11/1/2018
New York, New York