IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNTED STATES DEPARTMENT OF JUSTICE,** *et al.*, <br><br> Defendants, | Civil Action No. 1:18-cv-06471-ER |
| **CITY OF NEW YORK**, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW G. WHITAKER,** *et al.*, <br><br> Defendants, | Civil Action No. 1:18-cv-06474-ER |

### **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants United States Department of Justice and Mathew G. Whitaker, in his official capacity as Acting Attorney General of the United States, (collectively, the "Defendants") appeal to the United States Court of Appeals for the Second Circuit from this Court's November 30, 2018 Opinion and Order (ECF No. 114 in Case No. 1:18-cv-06471-ER, ECF No. 81 in Case No. 1:18-cv-06474-ER, and attached hereto as Exhibit A), including, but not limited to, an injunction issued against the Defendants, which was subsequently modified by this Court on January 4, 2019 (ECF No. 122 in Case No. 1:18-cv-06471-ER, ECF No. 87 in Case No. 1:18-cv-06474-ER, and attached hereto as Exhibit B).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Director

/s/ *Daniel D. Mauler*
DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-0773
(202) 616-8470 (fax)
dan.mauler@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

/s/ *Daniel D. Mauler*
DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-0773
(202) 616-8470 (fax)
dan.mauler@usdoj.gov
*Counsel for Defendants*