

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

January 29, 2019

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: 1/29/2019
> New York, New York

Re:  *State of New York, et al. v. United States Dep't of Justice, et al.*, No. 18-cv-6471
     *City of New York v. Whitaker, et al.*, No. 18-cv-6474

Dear Judge Ramos:

    I write on behalf of Plaintiffs in the above-referenced matters in response to the Court's Order Terminating Letter Motion for Conference, ECF No. 127, which would require Plaintiffs to file their opening summary judgment brief regarding Fiscal Year 2018 (FY 2018) Byrne JAG funds by February 15, 2019. In light of the time that has passed since Plaintiffs' proposal of the FY 2018 briefing schedule, ECF No. 123, and the fact that Plaintiffs do not yet have confirmation that the administrative record filed in the California cases is the appropriate administrative record for these matters, Plaintiffs request that the briefing schedule be adjusted by two weeks. This is the first request for extension in this case, and Defendants consent to this modification of the Court's Order.

    Should Plaintiffs' request be granted, the following would be the briefing schedule regarding the FY 2018 conditions at issue in these cases:

- Plaintiffs (the States and New York City) will file a joint motion and brief for summary judgment (including, if necessary, a supplemental brief addressing issues specific to the City of New York) by March 1, 2019 (the joint brief and any supplemental brief shall not exceed 60 pages in total);

- Defendants will file a combination motion to dismiss and opposition, or, alternatively, a motion for summary judgment and opposition to Plaintiffs' motion by April 12, 2019, if so desired;

- Plaintiffs will file their opposition to the motion to dismiss/motion for summary judgment and reply in support of their motion, if applicable, by May 3, 2019; and

- Defendants will file their reply by May 17, 2019, if so desired.

    Respectfully submitted,

    /s Lilia I. Toson
    Lilia I. Toson, Assistant Attorney General
    Civil Rights Bureau
    New York State Office of the Attorney General
    Lilia.Toson@ag.ny.gov
    (212) 416-6365

    *Counsel for Plaintiff States*