IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:18-cv-06471-ER |
| **UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*, | |
| Defendants, | |

| | |
|---|---|
| **CITY OF NEW YORK**, | |
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-06474-ER |
| **WILLIAM P. BARR,** *et al.*, | |
| Defendants, | |

## <u>DEFENDANTS' NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Opposition to the Plaintiffs' Motion for Partial Summary Judgment and in Support of the

Defendants' Motion to Dismiss, or alternatively, Partial Summary Judgment, the Defendants' Local

Civil Rule 56.1 Statement of Material Undisputed Facts, the Declaration of Nancy Trasande with

attached exhibits submitted by the plaintiffs, and the record previously filed in the above-referenced

cases, the United States Department of Justice and Attorney General William P. Barr, Defendants in

the matters styled above, jointly move this Court before the Honorable Edgardo Ramos, United

States District Court Judge in the United States District Court for the Southern District of New

York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order granting dismissal of the plaintiffs' amended complaints under Fed. R. Civ. P. 12(b)(6) or summary judgment to the defendants under Fed. R. Civ. P. 56.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Director

  /s/ Daniel D. Mauler
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20530
(202) 616-0773 | (202) 616-8470 (fax)
dan.mauler@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 12, 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

  /s/ Daniel D. Mauler
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20530
(202) 616-0773 | (202) 616-8470 (fax)
dan.mauler@usdoj.gov
*Counsel for Defendants*