```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  9/26/2019
```



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

September 25, 2019

**VIA CM/ECF**
Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re:   *New York, et al. v. U.S. Department of Justice, et al.,* 18-cv-6471 (ER) (SDA)
      Request to Withdraw Jessica Attie, Lourdes Rosado, and Lilia Toson as Counsel for the State of New York

Dear Judge Ramos:

Plaintiffs write to request that Jessica Attie, Lourdes Rosado, and Lilia Toson be withdrawn as counsel for the State of New York in the above referenced action as they are no longer affiliated with the State of New York Office of the Attorney General. Defendants have been advised of the need to terminate the representation of Ms. Attie, Ms. Rosado, and Ms. Toson and withdraw them as counsel for the State of New York. Defendants have no objection to this request. The State of New York will continue to be represented in this action by Mr. Colangelo, Ms. Trasande, and Mr. Duffy and no party will be prejudiced if this request is granted.

The application is  X  granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated:  9/26/2019
New York, New York

Respectfully submitted,

/s/ Nancy Trasande
Nancy Trasande
Assistant Attorney General, Civil Rights Bureau
New York State Office of the Attorney General
28 Liberty St., 20th Floor
New York, NY 10005
Nancy.Trasande@ag.ny.gov
Phone: (212) 416-8905
*Counsel for the State of New York*

cc: Counsel for all parties in *New York, et al. v. U.S. Department of Justice, et al.,* 18-cv-6471 (ER) (SDA) (by ECF)