AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/28/2020

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

STATES OF NEW YORK ET AL.,
                Plaintiff (s),
V.
U.S. DEPARTMENT OF JUSTICE, ET AL.,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 Civ. 6471 (ER)

Notice is hereby given that, subject to approval by the court, **U.S. Dep't of Justice & Barr** substitutes
*(Party (s) Name)*

**Charles E.T. Roberts**, State Bar No. **326539 (PA)** as counsel of record in
*(Name of New Attorney)*

place of **Daniel D. Mauler**.
*(Name of Attorney (s) Withdrawing Appearance)*

Contact information for new counsel is as follows:

    Firm Name: United States Department of Justice, Civil Division, Federal Programs Branch
    Address: 1100 L Street NW, Rm. 11318, Washington, DC 20005
    Telephone: (202) 305-8628     Facsimile (202) 616-8470
    E-Mail (Optional): charles.e.roberts@usdoj.gov

I consent to the above substitution.
Date:
                                            *(Signature of Party (s))*

I consent to being substituted.
Date: 2/26/2020         DANIEL MAULER    Digitally signed by DANIEL MAULER
                                            Date: 2020.02.26 22:16:55 -05'00'
                                            *(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 2/26/2020         CHARLES ROBERTS    Digitally signed by CHARLES ROBERTS
                                            Date: 2020.02.26 12:27:39 -05'00'
                                            *(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: February 28, 2020

                                            Edgardo Ramos, U.S.D.J.

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**