UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CONNECTICUT, NEW JERSEY, RHODE ISLAND and WASHINGTON, and COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>Defendants. | No. 18-CV-06471 (ER)<br><br><br>**STIPULATION** |

Plaintiffs the States of New York, New Jersey, Rhode Island, and Washington, and the Commonwealth of Virginia ("Plaintiff States"), and Defendants United States Department of Justice and William P. Barr ("Defendants"), do HEREBY STIPULATE AND AGREE as follows:

1. This stipulation shall remain in effect for a period of 60 days from the date this stipulation is fully executed by the parties and so-ordered by the Court, and then every 30 days thereafter, this stipulation shall automatically be extended for a 30-day period (the "extension term"), until such time that Defendants give written notice to Plaintiff States 14 days in advance of the end of an extension term that Defendants do not intend to renew the stipulation for the next extension term, thus terminating the stipulation at the end of the then-operational extension term;

2. For the duration of this stipulation, Defendants shall not disburse, expend, or revert to the Treasury the Fiscal Year ("FY") 2020 Title II Juvenile Justice Delinquency Prevention ("Title II") funds allocated and offered to, but not accepted by Plaintiff States;

3. For the duration of this stipulation, Defendants shall not deny Plaintiff States their respective FY 2020 Title II awards (in keeping with their respective FY 2020 Title II formula

allocations) on the basis of failure to accept the FY 2020 Title II award within 45 days of receiving the award documents;

4. Following the termination of this stipulation pursuant to paragraph 1 herein, Defendants shall not deny Plaintiff States their respective FY 2020 Title II awards for failure to timely accept the awards without first notifying each Plaintiff State in writing of a new deadline (of not less than 45 days from the date of the written notice) within which to accept the jurisdiction's FY 2020 Title II award, and allowing that period to expire;

5. This stipulation is independent of, and does not alter, amend, or replace, the Stipulations and Orders previously entered and agreed between Defendants and Plaintiff States (ECF Nos. 110, 163); and

6. This stipulation applies only to the parties that are currently before the Court in this litigation and expressly identified herein as parties to this stipulation. No other party shall be entitled to any rights or benefits whatsoever under this stipulation.

Dated: October 29, 2020

| | |
|---|---|
| LETITIA JAMES<br>*Attorney General*<br>*State of New York* | Jeffrey Bossert Clark<br>Acting Assistant Attorney General<br><br>Brigham J. Bowen<br>Assistant Branch Director |
| */s/ Nancy M. Trasande*<br>Matthew Colangelo, Chief Counsel<br>Nancy M. Trasande, Assistant Attorney General<br>Conor Duffy, Assistant Attorney General<br>Civil Rights Bureau<br>28 Liberty Street, 20th Floor<br>New York, NY 10005<br>Matthew.Colangelo@ag.ny.gov<br>Nancy.Trasande@ag.ny.gov<br>Conor.Duffy@ag.ny.gov<br>(212) 416-8905 | */s/ Charles E.T. Roberts*<br>Charles E.T. Roberts<br>Pennsylvania State Bar No. 326539<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20001<br>Tel: (202) 305-8628<br>E-mail: Charles.E.Roberts@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  10/30/2020
New York, New York

2