UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>                    Defendants. | No. 18-CV-06471 (ER)<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS in 2018, Plaintiffs—the States of New York, Connecticut, New Jersey, Rhode Island, and Washington, and the Commonwealths of Massachusetts and Virginia—commenced this action challenging certain conditions imposed by Defendants—United States Department of Justice and Merrick P. Garland, in his official capacity as the Attorney General of the United States—on grants awarded to Plaintiffs under the Edward Byrne Memorial Justice Assistance Grant program for fiscal years 2017 and 2018;

WHEREAS on April 22, 2021, Defendants issued a written determination that they would no longer enforce or apply the conditions challenged in this action by Plaintiffs; and

WHEREAS Plaintiffs, by and through their counsel, pursuant to Federal Rule of Civil Procedure 41(a), now seek to withdraw and dismiss all claims against Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON, by and among the undersigned, on behalf of all parties who have appeared in this action, as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in above-captioned action against Defendants are dismissed without prejudice, with each party bearing their own costs, expenses, and attorney's fees.

2.      This stipulation may be executed in any number of counterparts, all of which taken

together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

    3.    This stipulation may be filed with the Court by any party without further notice.

Dated:  April 29, 2021

LETITIA JAMES
*Attorney General*
*State of New York*


  /s/ Nancy Trasande
Nancy M. Trasande
Assistant Attorney General
Civil Rights Bureau
28 Liberty Street, 20th Floor
New York, NY 10005
Tel: (212) 416-8905


*Counsel for Plaintiffs*

Dated:  April 29, 2021

Brian Boynton
Acting Assistant Attorney General

Brigham J. Bowen
Assistant Branch Director


  /s/ Charles E.T. Roberts
Charles E.T. Roberts
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 305-8628


*Counsel for Defendants*